PHILLIP B. ROBINSON, PLAINTIFF-APPELLANT, v. ROD-
NEY KREISCHER, RAYMOND STARK AND THE CITY
OF VENTNOR CITY, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued June 10, 1968—Decided June 24, 1968.

*Mr. Alexander K. Blatt* argued the cause for plaintiff-
appellant, Phillip Robinson (*Messrs. Blatt, Blatt & Consalvo*,
attorneys).

*Mr. Frank J. Ferry* argued the cause for defendants-
respondents, Rodney Kreischer and the City of Ventnor City.

*Mr. Chaim H. Sandler* argued the cause for defendant-
respondent, Raymond Stark.

Before Judges CONFORD, LABRECQUE and FULOP.

PER CURIAM. Plaintiff appeals from a judgment of the
Chancery Division entered upon the opinion of Judge Horn
reported at 97 *N. J. Super.* 104 (*Ch. Div* 1967). We have
carefully reviewed the record and the briefs and the argu-
ments presented and are in accord with the determination
made in the Chancery Division. We therefore affirm sub-
stantially on the opinion below.